IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          )
                                                )   Case No.11-19954
DAILY OFFICE PRODUCTS, INC.                     )   Chapter 11
an Illinois corporation,                        )   Judge Jack B. Schmetterer
                                                )
     Debtor/Debtor-in-Possession.               )

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the **June 6, 2012 at 10:00 a.m.** or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in the room usually occupied by him as courtroom 682 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion of the Law Firm of Crane, Heyman, Simon, Welch & Clar as Debtor's Counsel, For Allowance and Payment of Final Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/John H. Redfield
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS  )
                   )
COUNTY OF COOK     )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached Service List First Class Mail, properly addressed, postage pre-paid, on the 8th day of May, 2011, before the hour of 5:00 p.m.

/s/John H. Redfield

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn Street
Suite 873
Chicago, IL 60604

Christopher M. Cahill
Lowis & Gellen LLP
200 W. Adams St., Suite 1900
Chicago, IL 60606

Village of Bensenville
Water Department
12 S. Center Street
Bensenville, IL 60106

Village of Bensenvile
Frank Soto, Village President
12 S. Center Street
Bensenville, IL 60106

Patrick K. Bond, Esq.
Bond Dickson & Associates, PC
400 S. Knoll Street, Unit C
Wheaton, IL 60187

DuPage County Collector
Gwen Henry, CPA
421 N. County Farm Road
Wheaton, IL 60187

Illinois Department of Revenue
100 W. Randolph Street
7-400
Chicago, IL 60601

Kevin W. Griffin
1405 Burnette Drive
Aurora, IL 60504

S.P. Richards
6300 Highland Parkway
Smyrna, GA 30082

United Stationers Financial
c/o Teller, Levit & Silvertrust, P.C.
11 E. Adams Street, Suite 800
Chicago, IL 60603

James L. Brendemuhl, P.C.
Boeger, Heerwagen & Brendemuhl, P.C.
6160 S. East Avenue, Ste. 200
Hodgkins, IL 60525

Louis Zeitler
Daily Office Products, Inc.
804 Eagle Ridge Drive
Bensenville, IL 60106

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

DAILY OFFICE PRODUCTS, INC.
an Illinois corporation,

Debtor/Debtor-in-Possession.

Case No.11-19954
Chapter 11
Judge Jack B. Schmetterer

### NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on May 10, 2011, the Debtor, DAILY OFFICE PRODUCTS, INC., ("Debtor"), filed its voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, whereby this Chapter 11 bankruptcy case commenced under the above case number, and that on June 2, 2011, the Court entered an Order authorizing the Debtor to retain Crane, Heyman, Simon, Welch & Clar as his Counsel for this Chapter 11 case.

PLEASE TAKE FURTHER NOTICE that on May 8, 2012, Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, filed a Motion for Allowance of Final Compensation and Reimbursement of Expenses (the "CHSWC Motion"), thereby requesting the sum of $11,089.00 for legal services rendered to the Debtor for the period commencing December 8, 2011, through and including April 20, 2012, plus costs advanced for the same period in the sum of $177.87.

PLEASE TAKE FURTHER NOTICE that CHSWC previously filed an interim application for attorney's fees and costs in the sum of $24,646.20, that was allowed in full. There remains an upaid balance of $3,569.72 from the interim allowance.

PLEASE TAKE FURTHER NOTICE that any person objecting to the CHSWC Motion, be and they are hereby directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the **30th** day of **May, 2012**, with a copy of said objection(s) to be simultaneously served upon the law firm of Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the CHSWC Motion, together with objections timely filed, if any, will be held before the Honorable Jack B. Schmetterer, Bankruptcy Judge, Courtroom No. 682, 219 South Dearborn Street, Chicago, Illinois, on the **6th day of June, 2012**, at the hour of **10:00 a.m.**, at which time and place you may appear if you so see fit.

**DEBTOR'S COUNSEL**:
John H. Redfield (Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
W:\JHR\Daily Office Products\fee.CHSWC.notice.Final.wpd

1

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              )
                                                    )   Case No.11-19954
DAILY OFFICE PRODUCTS, INC.                         )   Chapter 11
an Illinois corporation,                            )   Judge Jack B. Schmetterer
                                                    )
                                                    )
      Debtor/Debtor-in-Possession.                  )

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: Crane, Heyman, Simon, Welch & Clar, Debtor's Counsel

Authorized to Provide
Professional Services to: Debtor

Date of Order
Authorizing Employment:  June 2, 2011

Period for Which Compensation
is Sought:   From: December 8, 2011   through April 20, 2012

Amount of Fees Sought: $11,089.00

Amount of Expense
Reimbursement Sought: $177.87

This is a(n):  Interim Application ___   Final Application  X
If this is not the first Application filed herein by this professional, disclose as to all prior
fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| 12/7/12 | 4/19/11 - 12/7/11 | $24,646.20 | $24,646.20 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: $11,039.00 (retainer) to be credited against interim allowance.

Date: May 8, 2012                Applicant:     John H. Redfield and the law firm of
                                                Crane, Heyman, Simon, Welch & Clar

                                        By:  /s/John H. Redfield
                                                Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No.11-19954
DAILY OFFICE PRODUCTS, INC. ) Chapter 11
an Illinois corporation, ) Judge Jack B. Schmetterer
)
Debtor/Debtor-in-Possession. )

### MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL

JOHN H. REDFIELD and the law firm of CRANE, HEYMAN, SIMON, WELCH & CLAR ("CHSWC"), Counsel to DAILY OFFICE PRODUCTS, INC., Debtor herein, make their Motion pursuant to Section 330 of the Bankruptcy Code for Allowance of Final Compensation and Reimbursement of Expenses for legal services rendered and expenses incurred during the period December 8, 2011, through April 20, 2012; and in support thereof, state as follows:

### Introduction

1. On May 10, 2011, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. No trustee, examiner or committee of unsecured creditors was appointed to serve in this Chapter 11 case.

3. On April 12, 2012, this Court entered an Order confirming the Debtor's Plan of Reorganization ("Plan").

4. On June 2, 2011, this Court entered an Order authorizing the Debtor to retain CHSWC as Counsel in this Chapter 11 case retroactive to May 10, 2011, with compensation subject to the further Order of this Court.

5. By this Motion, CHSWC requests allowance of final compensation and reimbursement of expenses in the amounts of $11,089.00 and $177.87, respectively, for legal services rendered to the Debtors during the period December 8, 2011, through

-1-

April 20, 2012. Itemizations of the legal services rendered and expenses incurred during the relevant period are attached to this Motion as **Exhibits A and B**, respectively.

6. CHSWC has received one prior allowance of interim compensation and expenses in this Chapter 11 case for attorney's fee of 8,424.78 and expenses of 1,612.70, of which was paid by the Debtor, leaving an unpaid balance of $3,569.72. The pre-petition retainer of $11,039.00 received by CHSWC will be applied to any final compensation and reimbursement of expenses awarded by this Court to CHSWC.

7. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This matter is a "core" proceeding within th meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

8. The statutory predicates for the relief requested in this Motion are Section 330 of the Bankruptcy Code and Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure.

**Relevant Factual Background**

9. The Debtor is an owner of a commercial office supply business and sold its commercial building during this proceeding, as well as an owner of certain real estate, some of which constitute income producing properties.

10. This Court has entered a series of consensual Orders authorizing the Debtor's use of cash that serves as collateral to Bank of America.

11. The success of this Chapter 11 case was primarily predicated upon the sale of the Debtor's real property and a reduction of its operating expenses, and drafting an acceptable Plan of Reorganization and Disclosure Statement.

**Final Compensation
and Expenses Requested**

12. CHSWC is a law firm whose practice is almost exclusively concentrated in

the fields of bankruptcy, reorganization and insolvency. CHSWC is comprised of seven (7) members and one associate, some of whom have participated in representing the Debtor in this bankruptcy case.

13. The hourly rates usually charged by CHSWC in matters of this nature are as follows:

| Attorney | 2012 Hourly Rates |
|---|---|
| Eugene Crane (EC)[1] | $490.00 |
| Glenn R. Heyman (GRH) | $490.00 |
| Arthur G. Simon (AGS) | $470.00 |
| David K. Welch (DKW) | $470.00 |
| Scott R. Clar (SRC) | $470.00 |
| Jeffrey C. Dan (JCD) | $395.00 |
| John H. Redfield (JHR) | $370.00 |

14. The following is a chart that depicts the total hours that each attorney at CHSWC expended in representing the Debtors during the relevant period:

| Attorney | Hours | Amount |
|---|---|---|
| JHR | 29.60 | $11,089.00 |
| **Total** | **29.60** | **$11,089.00** |

15. During the course of the representation of the Debtors during the relevant period, CHSWC incurred expenses of $177.87. These expenses are itemized on **Exhibit B** to this Motion.

### Legal Services Rendered to the Debtor

16. The representation of the Debtor is categorized in this Motion as follows:

A. **General Administration**

Telephone conferences with Office of the U.S. Trustee, Debtor, Special Co-Counsel, together with Court appearance and Orders regarding monthly reports, payment of attorney's fees and issues regarding real estate closing:

**Total Time Expended**                                    **2.70 hours**

---

[1] These are the abbreviations utilized in the Exhibits to this Motion.

-3-

| **Attorney** | **Hours** | **Amount** |
|---|---|---|
| JHR | 2.70 | $994.00 |
| **Total** | **2.70** | **$994.00** |

Attached to this Motion as **Exhibit C** is an itemization of the legal services rendered in this category.

    B.    **Chapter 11 Filing Issues**
Drafting Plan of Reorganization, Disclosure Statement Orders, Ballots, Ballot Report, Negotiations with creditors and court appearances, resulting in an Order of Confirmation.

| **Total Time Expended** | | **26.90 hours** |
|---|---|---|
| Attorney | Hours | Amount |
| JHR | 26.90 | $10,095.00 |
| **TOTAL** | **26.90** | **$10,095.00** |

Attached to this Motion as **Exhibit D** is an itemization of the legal services rendered in this category.

**Conclusion**

17.    The above attorney's fees and costs result out of a confirmed chapter 11 Plan of Reorganization.

18.    Other than as provided in Section 504(b) of the Bankruptcy Code, CHSWC has not shared, nor agreed to share, any compensation received as a result of this case with any person, firm or entity. The sole and exclusive source of compensation shall be funds of the Debtors.

19.    CHSWC asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered based upon the time, nature, extent and value of such professional services. CHSWC further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

20.   CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor.

21.   CHSWC submits that the compensation and expenses requested are fair, reasonable and warranted under the circumstances.

WHEREFORE, JOHN H. REDFIELD and the law firm of CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel, request the entry of an Order allowing final compensation and reimbursement of expenses in the amounts of $11,089.00 and $177.87, plus the unpaid balance of $3,569.72 respectively; and granting such other relief as may be just and appropriate.

Respectfully Submitted,

JOHN H. REDFIELD, and the law firm of
CRANE, HEYMAN, SIMON, WELCH & CLAR

By:___/s/John H. Redfield_____

**DEBTOR'S COUNSEL:**
JOHN H. REDFIELD (Atty. No. 2298090)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois 60603
(312) 641-6777
W:\JHR\Daily Office Products\Pay CHSWC Final.mot.wpd