IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.11-19954 |
| DAILY OFFICE PRODUCTS, INC. ) | Chapter 11 |
| an Illinois corporation, ) | Judge Jack B. Schmetterer |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

### NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the **28th day of June, 2012 at 10:00 a.m.,** or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in the room usually occupied by him as courtroom 682 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Debtor's Final Report and Motion For Final Decree Closing Case**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/John H. Redfield
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

### CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached Service List, via U.S. Mail, postage pre-paid and properly addressed, on the 18th day of June, 2012, before the hour of 5:00 p.m.

/s/John H. Redfield

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn Street  #873
Chicago, IL 60604

Illinois Department of Revenue
100 W. Randolph Street
7-400
Chicago, IL 60601

Attorney General of Illinois
100 W. Randolph Street
12th Floor
Chicago, IL 60601

Kevin W. Griffin
1405 Burnette Drive
Aurora, IL 60504

S.P. Richards
Attn: Chris Hughs
6300 Highland Parkway
Smyrna, GA 30082

United Stationers Financial
c/o Teller, Levit & Silvertrust
Attn: Edward Margolis
11 E. Adams Street, Suite 800
Chicago, IL 60603

Village of Bensenville
12 S. Center Street
Bensenville, IL 60106

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

Louis Zeitler
Daily Office Products, Inc.
884 Eagle Ridge Drive
Bensenville, IL 60106

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No.11-19954
DAILY OFFICE PRODUCTS, INC. ) Chapter 11
an Illinois corporation, ) Judge Jack B. Schmetterer
)
Debtor/Debtor-in-Possession. )

### DEBTOR'S MOTION FOR FINAL DECREE CLOSING CASE

DAILY OFFICE PRODUCTS, INC., ("Debtor"), by and through its attorney, John H. Redfield of Crane, Heyman, Simon, Welch & Clar, pursuant to Local Bankruptcy Rule 3022-1 of The United States Bankruptcy Court for the Northern District of Illinois for their Final Report and Motion to Close Case, states as follows:

1. On May 10, 2011, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 1334. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A)(L) and (O). Venue is proper in this district pursuant to 28 U.S.C. Sections 1408 and 1409.

3. On April 12, 2012, the Court entered an Order confirming Debtor's First Amended Plan ("Plan").

4. The Debtor's Status Report of Plan Payments is attached hereto and made a party hereof as Exhibit 1.

5. The Debtor has substantially consummated its Plan.

6. Copies of this Motion have been sent to the United States Trustee and the

1

Debtor's creditors in accordance with the Local Bankruptcy Rule 3022-1 of The United States Bankruptcy Court For the Northern District of Illinois.

WHEREFORE, DAILY OFFICE PRODUCTS, INC., request this Court enter an Order:

    A.    Closing the Case; and

    B.    Granting such further relief as the Court deems appropriate.

> Respectfully submitted,
> DAILY OFFICE PRODUCTS, INC., Debtor and Debtor in Possession
>
> By: /s/John H. Redfield
>       One of Its Attorneys

**DEBTOR'S COUNSEL**:
JOHN H. REDFIELD (Atty. No. 2298090)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\JHR\Daily Office Products\Final Decree MOT.wpd