UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-19954 |
| DAILY OFFICE PRODUCTS, INC., an Illinois corporation | ) ) ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jack B. Schmetterer |
| | ) ) | |
| Debtor(s) | ) | |

## ORDER FOR FINAL DECREE AND CLOSING CASE

This cause coming on to be heard on the Motion of Debtors for Final Decree Closing Case, due notice having been given to parties entitled thereto and the Court being advised of the premises:

IT IS HEREBY ORDERED that the Motion for Final Decree is granted and this case is closed effective upon entry of this Order.

Dated: 7/31/12

Enter:

United States Bankruptcy Judge

**Prepared by:**
John H. Redfield (Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114

Rev: 20120501_bko